**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICK CHRISTIAN, | |
| Plaintiff, | Civil Action No. 20-2880 (JMC) |
| v. | |
| GIANT FOOD STORES, | |
| Defendant. | |

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant Giant Food Stores' Motion to Dismiss, ECF 7, is **GRANTED**; and it is **FURTHER ORDERED** that the complaint and this civil action are **DISMISSED**. This is a final appealable Order. The Clerk of Court shall terminate this case.

**SO ORDERED.**

DATE: February 28, 2022

_____
Jia M. Cobb
U.S. District Court Judge